```
 1  JEFFREY D. WOHL (SB# 096838)
    jeffwohl@paulhastings.com
 2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
 3  Twenty-Fourth Floor
    San Francisco, CA  94105-3441
 4  Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
 5  MAUREEN E. O'NEILL (Georgia Bar #553730)
    (Application For Admission Pro Hac Vice To Be Filed)
 6  maureenoneill@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 7  1117 S. California Avenue
    Palo Alto, CA  94304
 8  Telephone:  (650) 320-1800
    Facsimile:  (650) 320-1900
 9

10  Attorneys for Defendant
    Applied Materials, Inc.
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON MANAFI,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLIED MATERIALS, INC., JASON STOCKWELL, TAOS MOUNTAIN, INC., and DOES 1-100.<br><br>    Defendants. | CASE NO. C 08-01419 RMW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT APPLIED MATERIALS, INC. TO RESPOND TO COMPLAINT** |

1

## STIPULATION

2

3      Defendant Applied Materials, Inc. ("Applied") was served with the
4 complaint and summons of Plaintiff Alison Manafi on June 20, 2008, by substitute
5 personal service and by mailing via First Class mail.  Applied's response to the
6 complaint is currently due on July 10, 2008.  Because the parties intend to conduct
7 settlement discussions, and are hopeful that this matter can be resolved without
8 further litigation, the parties have stipulated that Applied shall have an additional
9 sixty days, or to and including September 8, 2008, in which to file its answer or
10 otherwise respond to the complaint

11

12 DATED: July 03, 2008            JEFFREY D. WOHL
                                  MAUREEN E. O'NEILL
13                                PAUL, HASTINGS, JANOFSKY & WALKER
                                  LLP
14

15                                        /s/
                                  By:_____
16                                        MAUREEN E. O'NEILL

17                                Attorneys for Defendant
                                  Applied Materials, Inc.
18

19 DATED: June 30, 2008            SHARONROSE CANNISTRACI (SB#121827)
                                  CANNISTRACI LAW FIRM
20                                99 Almaden Boulevard
                                  Suite 925
21                                San Jose, CA 95113
                                  Phone: (408) 297-5400
22                                Facsimile: (408) 297-5407

23
                                          /s/
                                  By:_____
24                                        SHARONROSE CANNISTRACI

25                                Attorney for Plaintiff Alison Manafi

26

27

28