Sharonrose Cannistraci, (#121827)
CANNISTRACI LAW FIRM
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: 408.297.5400
Fax: 408.297.5407

Attorney for Plaintiff
ALISON MANAFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALISON MANAFI;<br><br>         Plaintiffs,<br>vs.<br><br>APPLIED MATERIALS, INC., JASON STOCKWELL, TAOS MOUNTAIN, INC., and DOES 1-100;<br><br>         Defendants. | Case No.: C 08-01419 RMW<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>CMC Date:   July 18, 2008<br>Time:          10:30 am<br>Judge:         Hon. Ronald M. Whyte |

Plaintiff ALISON MANAFI and Defendant APPLIED MATERIALS, INC. hereby stipulate to request that the Court continue the date for the first Case management Conference in this case for 30 to 60 days in order to provide Plaintiff more time to locate and serve Defendant JASON STOCKWELL and to provide all parties with more time to meet and confer and discuss settlement. Plaintiff has recently stipulated to extending the time for Defendant APPLIED MATERIALS to file a response to Plaintiff's complaint in order to provide time for the parties to discuss settlement. Defendant TAOS MOUNTAIN, INC. was recently served but has not yet appeared or contacted counsel for Plaintiff.

The parties below therefore request that the court set new dates for the Case Management Conference and related deadlines in the attached proposed order.

Dated: June 30, 2008

CANNISTRACI LAW FIRM

By: _____/s/_____
    Sharonrose Cannistraci, Esq.
    Counsel for Plaintiff

Dated: July 03, 2008

Paul, Hastings, Janofsky & Walker LLP

By: _____/s/_____
    Jeffrey D. Wohl, (SB# 096838)
    Maureen E. O'Neill (Georgia Bar #553730)
    Counsel for Defendant Applied Materials, Inc.

1  Sharonrose Cannistraci, (#121827)
   CANNISTRACI LAW FIRM
2  99 Almaden Blvd., Suite 925
   San Jose, CA 95113
3  Phone: 408.297.5400
   Fax: 408.297.5407
4
   Attorney for Plaintiff
5  ALISON MANAFI

6                        UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

9

10 ALISON MANAFI;                          ) Case No.: C 08-01419 RMW
                                           )
11         Plaintiffs,                     ) PROPOSED ORDER TO CONTINUE CASE
   vs.                                     ) MANAGEMENT CONFERENCE AND
12                                         ) RELATED DEADLINES
   APPLIED MATERIALS, INC., JASON          )
13 STOCKWELL, TAOS MOUNTAIN, INC.,         ) CMC Date:    July 18, 2008
   and DOES 1-100;                         ) Time:        10:30 am
14                                         ) Judge:       Hon. Ronald M. Whyte
           Defendants.                     )
15 _____)

16     The Court has reviewed the Stipulation for Continuance of the Case Management

17 Conference set for July 18, 2008, and orders that the Case Management Conference and related

18 deadlines be continued as requested by the parties. Therefore,

19     PURSUANT TO STIPULATION IT IS ORDERED THAT:

20 1. The Case Management Conference shall be continued to _____, 2008 at _____ am/pm

21 in Room _____.

22 2. The last day to meet and confer re initial disclosures, early settlement, ADR process selection,

23 and discovery plan shall be: _____.

24 3. The last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need

25 for ADR Phone Conference shall be: _____.

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113
Phone: 408.297.5400 • Fax: 408.297.5407

Order Continuing CMC                           1

4. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report shall be: _____.

Dated: July ___, 2008

By: _____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

\* END OF ORDER \*