Sharonrose Cannistraci, (#121827)
CANNISTRACI LAW FIRM
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: 408.297.5400
Fax: 408.297.5407

Attorney for Plaintiff
ALISON MANAFI

*E-FILED - 7/16/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALISON MANAFI;<br><br>        Plaintiffs,<br><br>vs.<br><br>APPLIED MATERIALS, INC., JASON STOCKWELL, TAOS MOUNTAIN, INC., and DOES 1-100;<br><br>        Defendants. | ) Case No.: C 08-01419 RMW<br>)<br>) PROPOSED ORDER TO CONTINUE CASE<br>) MANAGEMENT CONFERENCE AND<br>) RELATED DEADLINES<br>)<br>) CMC Date:    July 18, 2008<br>) Time:        10:30 am<br>) Judge:       Hon. Ronald M. Whyte<br>)<br>) |

The Court has reviewed the Stipulation for Continuance of the Case Management

Conference set for July 18, 2008, and orders that the Case Management Conference and related

deadlines be continued as requested by the parties. Therefore,

PURSUANT TO STIPULATION IT IS ORDERED THAT:

1. The Case Management Conference shall be continued to  9/19/08   , 2008 at 10:30 am/pm

in Room  6, 4th Flr.

2. The last day to meet and confer re initial disclosures, early settlement, ADR process selection,

and discovery plan shall be:  8/29/08    .

3. The last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need

for ADR Phone Conference shall be:  8/29/08    .

1  4. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case

2  Management Statement, and file/serve Rule 26(f) Report shall be: ___9/12/08_____.

3

4  Dated: July __16__, 2008

5                                    By: _Ronald M. Whyte_____

6                                        Hon. Ronald M. Whyte
                                         UNITED STATES DISTRICT JUDGE

7

8                              * END OF ORDER *

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113
Phone: 408.297.5400 • Fax: 408.297.5407