```
                                                          FILED
                                                        2008 JUL 15 P 2:07

       UNITED STATES DISTRICT COURT              RICHARD W. WIEKING
       NORTHERN DISTRICT OF CALIFORNIA                  CLERK
                                                 U.S. DISTRICT COURT
                                                 NO. DIST. OF CA. S.J.
```

ALISON MANAFAI,                     CASE NO. C08-01419
               Plaintiff(s),
                                    ADR CERTIFICATION BY PARTIES
        v.                          AND COUNSEL

APPLIED MATERIALS, INC. et al.
               Defendant(s).                              **BY FAX**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 14, 2008

                                    Taos Mountain Inc.
                                    [Party] Defendant

Dated: July 14, 2008

                                    [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

**PROOF OF SERVICE BY US MAIL**
*Alison Manafi v. Applied Materials, Inc., et al.*
United States District Court – Northern Division of California
San Jose Division
Case No.: C08-01419

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 351 California Street, Suite 500, San Francisco, California, 94104. On the execution date below and in the manner stated herein, I served the following documents:

**DEFENDANT TAOS MOUNTAIN, INC.'S
ADR CERTIFICATION BY PARTIES AND COUNSEL**

on all interested parties in this action by placing [ ] the original or [X] a true copy of the original thereof enclosed in sealed envelopes addressed as follows:

**Counsel for Plaintiff**
Sharonrose Cannastraci, Esq.
Cannastraci Law Firm
99 Almaden Blvd. Suite 925
San Jose, CA 95113
Tel: (408) 297-5400
Fax: (408) 297-5407
Email: sharonrose@cannistracilaw.com

[X]   BY MAIL: I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[X]   STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 2, 2008, at San Francisco, California.

_____
Angela D. Willis

ND: 4833-7228-6466, v. 1

- 1 -
PROOF OF SERVICE