Sharonrose Cannistraci, (#121827)
CANNISTRACI LAW FIRM
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: 408.297.5400
Fax: 408.297.5407

Attorney for Plaintiff
ALISON MANAFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALISON MANAFI;<br><br>    Plaintiffs,<br>vs.<br><br>APPLIED MATERIALS, INC., JASON STOCKWELL, TAOS MOUNTAIN, INC., and DOES 1-100;<br><br>    Defendants. | Case No.: C 08-01419 RMW<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>CMC Date:   September 19, 2008<br>Time:       10:30 am<br>Judge:      Hon. Ronald M. Whyte |

Plaintiff ALISON MANAFI and Defendants APPLIED MATERIALS, INC. and TAOS MOUNTAIN, INC. hereby stipulate to request that the Court further continue the date for the first Case Management Conference in this case as they have been involved in good faith negotiations with each other, and have set a mediation date with court-appointed mediator JoAnne Dellaverson for September 30, 2008, at 9:30am at her office located in San Francisco, CA, in the event that the parties do not settle before that date.

The parties who have appeared therefore request that the court again set new dates for the initial Case Management Conference and related deadlines in the proposed order to be filed herewith.

Stipulation to Continue CMC                1

| | | |
|---|---|---|
| 1 | Dated: September 04, 2008 | CANNISTRACI LAW FIRM |
| 2 | | |
| 3 | | /s/<br>By: _____ |
| 4 | | Sharonrose Cannistraci, Esq.<br>Counsel for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: September 05, 2008 | Paul, Hastings, Janofsky & Walker LLP |
| 8 | | |
| 9 | | /s/<br>By: _____ |
| 10 | | Maureen E. O'Neill (Georgia Bar #553730)<br>Jeffrey D. Wohl, (SB# 096838)<br>Counsel for Defendant Applied Materials, Inc. |
| 11 | | |
| 12 | Dated: September 05, 2008 | KAUFMAN DOLOWICH & VOLUCK LLP |
| 13 | | |
| 14 | | /s/<br>By: _____ |
| 15 | | Elizabeth Williams,<br>Counsel for Taos Mountain, Inc. |

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113
Phone: 408.297.5400 • Fax: 408.297.5407