1  JEFFREY D. WOHL (SB# 096838)
   jeffwohl@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  MAUREEN E. O'NEILL (Georgia Bar #553730)
   (Application For Admission Pro Hac Vice To Be Filed)
6  maureenoneill@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  1117 S. California Avenue
   Palo Alto, CA 94304
8  Telephone: (650) 320-1800
   Facsimile: (650) 320-1900
9

10 Attorneys for Defendant
   Applied Materials, Inc.
11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15 | ALISON MANAFI,                      | CASE NO. C 08-01419 RMW
16 |         Plaintiff,                  | **STIPULATION TO EXTEND TIME FOR DEFENDANT APPLIED MATERIALS, INC. TO RESPOND TO COMPLAINT**
17 | vs.                                 |
18 | APPLIED MATERIALS, INC., JASON STOCKWELL, TAOS MOUNTAIN, INC., and DOES 1-100. |
19 |                                     |
20 |         Defendants.                 |
21

Case No. C 08-01419 RMW                              STIP TO EXTEND TIME TO RESPOND TO
                                                     COMPLAINT; [PROPOSED] ORDER

## STIPULATION

Defendant Applied Materials, Inc. ("Applied") was served with the complaint and summons of Plaintiff Alison Manafi on June 20, 2008, by substitute personal service and by mailing via First Class mail. Applied's original response to the complaint was due on July 10, 2008. However, on July 3, 2008, the parties filed a Stipulation with this Court extending Applied's time to respond up to and including September 8, 2008. [*See* Docket entry 3].

In the intervening time, the parties, by and through their counsel of record, have stipulated to this Court's ADR-sponsored program and, more specifically, mediation before JoAnne Dellaverson as appointed by the Court. [*See* Docket entries 10 and 11]. The parties anticipate conducting their mediation on September 30, 2008.

Because the parties will be conducting mediation, and are hopeful that this matter can be resolved without further litigation, the parties have stipulated that Applied shall have up to and including October 31, 2008, in which to file its answer or otherwise respond to the complaint.

1 | DATED: ~~July~~ Sept 8, 2008

JEFFREY D. WOHL
MAUREEN E. O'NEILL
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _Jeffrey D Wohl /BMS/_
     MAUREEN E. O'NEILL

Attorneys for Defendant
Applied Materials, Inc.

DATED: ~~July~~ Sept 8, 2008

SHARONROSE CANNISTRACI (SB#121827)
CANNISTRACI LAW FIRM
99 Almaden Boulevard
Suite 925
San Jose, CA 95113
Phone: (408) 297-5400
Facsimile: (408) 297-5407

By: _____
     SHARONROSE CANNISTRACI

Attorney for Plaintiff Alison Manafi

Case No. C 08-01419 RMW — -3- — STIP TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER