| | |
|---|---|
| 1 | JEFFREY D. WOHL (SB# 096838) |
| | jeffwohl@paulhastings.com |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 3 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 4 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 5 | MAUREEN E. O'NEILL (Georgia Bar #553730) |
| | (Application For Admission Pro Hac Vice To Be Filed) |
| 6 | maureenoneill@paulhastings.com |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 7 | 1117 S. California Avenue |
| | Palo Alto, CA 94304 |
| 8 | Telephone: (650) 320-1800 |
| | Facsimile: (650) 320-1900 |
| 9 | |
| 10 | Attorneys for Defendant |
| | Applied Materials, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALISON MANAFI, | | CASE NO. C 08-01419 RMW |
| | Plaintiff, | **PROOF OF SERVICE** |
| vs. | | |
| APPLIED MATERIALS, INC., JASON STOCKWELL, TAOS MOUNTAIN, INC., and DOES 1-100. | | |
| | Defendants. | |

LEGAL_US_W # 59569943.1

Case No. C 08-01419 RMW                                                                 PROOF OF SERVICE

# PROOF OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On September 8, 2008, I served the following document described as:

- **STIPULATION TO EXTEND TIME FOR DEFENDANT APPLIED MATERIALS, INC. TO RESPOND TO COMPLAINT**

by placing a true and correct copy thereof in an envelope, postage fully paid, addressed as follows:

> JoAnne Dellaverson
> Law Offices of JoAnne Dellaverson
> 81 Throckmorton Avenue, Suite 203
> Mill Valley, CA 94941

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the sealed envelope would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I also declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 8, 2008, at San Francisco, California.

_/s/ Meredith Mitchell_
Meredith Mitchell