Sharonrose Cannistraci, (#121827)
CANNISTRACI LAW FIRM
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: 408.297.5400
Fax: 408.297.5407

*E-FILED - 9/9/08*

Attorney for Plaintiff
ALISON MANAFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALISON MANAFI; <br><br> Plaintiffs, <br> vs. <br><br> APPLIED MATERIALS, INC., JASON STOCKWELL, TAOS MOUNTAIN, INC., and DOES 1-100; <br><br> Defendants. | Case No.: C 08-01419 RMW <br><br> ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES <br><br> CMC Date: September 19, 2008 <br> Time: 10:30 am <br> Judge: Hon. Ronald M. Whyte |

The Court has reviewed the Stipulation for Continuance of the Case Management Conference set for September 19, 2008, and orders that the Case Management Conference and related deadlines be continued as requested by the parties. Therefore,

PURSUANT TO STIPULATION IT IS ORDERED THAT:

1. The Case Management Conference shall be continued to __10/31__, 2008 at __10:30__ am/pm in Room __6__.

2. The last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be: __10/17/08__.

3. The last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be: __10/17/08__.

---

Order Continuing CMC                    1

4. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report shall be: _____10/24/08_____.

Dated: September 9, 2008

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

* END OF ORDER *