1  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
3  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
4  jeffwohl@paulhastings.com

5  Attorneys for Defendant
   Applied Materials, Inc.

*E-FILED - 10/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON MANAFI, | No. C-08-01419-RMW |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| APPLIED MATERIALS, INC., JASON STOCKWELL, TAOS MOUNTAIN, INC., and DOES 1-100. | |
| Defendants. | |

---

## **STIPULATION**

Pursuant to Rule 41(a)(1)(i) and (ii), Federal Rules of Civil Procedure, plaintiff Alison Manafi and defendants Applied Materials, Inc., and Taos Mountain, Inc., hereby stipulate to dismissal of this action in its entirety with prejudice, including all claims asserted by plaintiff against defendants Applied Materials, Inc., and Jason Stockwell (who have not yet answered the complaint) and against defendant Taos Mountain, Inc. (who has answered the complaint), each side bearing its own costs and attorneys' fees.

Dated: October ___, 2008

SHARONROSE CANNISTRACI
CANNISTRACI LAW FIRM

By: _____
Sharonrose Cannistraci
Attorney for Plaintiff Alison Manafi

Dated: October 17, 2008.

JEFFREY D. WOHL
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant Applied Materials, Inc.

Dated: October ___, 2008.

ELIZABETH WILLIAMS
KATE SOLODKY
KAUFMA, DOLOWICH & VOLUCK LLP

By: _____
Elizabeth Williams
Attorneys for Defendant Taos Mountain, Inc.

1 **STIPULATION**

2 Pursuant to Rule 41(a)(1)(i) and (ii), Federal Rules of Civil Procedure, plaintiff Alison Manafi
3 and defendants Applied Materials, Inc., and Taos Mountain, Inc., hereby stipulate to dismissal of this
4 action in its entirety with prejudice, including all claims asserted by plaintiff against defendants Applied
5 Materials, Inc., and Jason Stockwell (who have not yet answered the complaint) and against defendant
6 Taos Mountain, Inc. (who has answered the complaint), each side bearing its own costs and attorneys'
7 fees.

8 Dated: October 2, 2008 SHARONROSE CANNISTRACI
CANNISTRACI LAW FIRM
9
10 By: [signature]
11 Sharonrose Cannistraci
Attorney for Plaintiff Alison Manafi

12 Dated: October ___, 2008. JEFFREY D. WOHL
PAUL, HASTINGS, JANOFSKY & WALKER LLP
13
14 By: _____
15 Jeffrey D. Wohl
Attorneys for Defendant Applied Materials, Inc.
16
17 Dated: October 15, 2008. ELIZABETH WILLIAMS
KATE SOLODKY
KAUFMA, DOLOWICH & VOLUCK LLP
18
19 By: Elizabeth Williams (KS)
Elizabeth Williams
20 Attorneys for Defendant Taos Mountain, Inc.
21
22
23
24
25
26
27
28

LEGAL_US_W # 60096066.1

STIP AND ORDER OF DISMISSAL
U.S.D.C., N.D. Cal., No. C-08-01419-RMW

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action in its entirety be, and is hereby, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: October 28, 2008.

_____ FOR
Ronald M. Whyte
United States District Judge